■ JOSE GARCIA, Respondent, v SPRING POINT CORPORATION, Appellant. [639 NYS2d 919]

The statements constituting the alleged defamation are set forth succinctly and are sufficient, when read in conjunction with the letter annexed to amended verified complaint, to state a cause of action for libel and slander and satisfy the requirements of CPLR 3016 (a). Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Tom, JJ.